**Laura Hobbs**

| | |
|---|---|
| **From:** | NYSD ECF Pool |
| **Sent:** | Tuesday, September 28, 2021 6:01 AM |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |

CASE: 2:21-cv-01247

DETAILS: Case transferred from Washington Western has been opened in Southern District of New York as case 1:21-cv-08032, filed 09/28/2021.